**94-2765.** Girgis v. State Farm Mut. Auto. Ins. Co. *Cuyahoga County,* No. 66970. This cause is pending before the court on the certification of conflict by the Court of Appeals for Cuyahoga County. Upon consideration of the motion of *amicus curiae,* Ohio Academy of Trial Lawyers, for leave to participate in oral argument.

IT IS ORDERED by the court that the motion of *amicus curiae,* Ohio Academy of Trial Lawyers, for leave to participate in oral argument be, and hereby is, granted, effective January 9, 1996.

**95-694.** N. Olmsted Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, Nos. 93-A-347 and 93-A-348. On January 4, 1996, appellant filed a notice of additional authority in support of its motion to dismiss. It appears to the court that appellant's notice is, in substance, a reply memorandum. Whereas, there is no provision in the Supreme Court Rules of Practice for filling reply memoranda and, whereas appellant's notice also violates the prohibition against additional briefing after oral argument in S.Ct.Prac.R. IX(8),

IT IS ORDERED by the court, *sua sponte,* effective January 9, 1996, that appellant's notice of additional authority be, and hereby is, stricken.

**95-1069.** Montpelier Pub. Library Bd. of Trustees v. Williams Cty. Budget Comm. Board of Tax Appeals, Nos. 89-G-811, 90-G-1365 and 91-G-1562. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to continue oral argument scheduled before the Master Commissioner on February 1, 1996,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied, effective January 9, 1996.

**95-1803.** State ex rel. Cincinnati Post v. Cincinnati. In Mandamus. On motion to expedite. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

MOYER, C.J., not participating.

On request for oral argument. Request granted.

WRIGHT and COOK, JJ., dissent.

MOYER, C.J., not participating.

**95-1906.** State v. Knisely. *Huron County,* No. H-94-044. On motion to dissolve stay. Motion granted.

PFEIFER, J., dissents.

On motion to consolidate with 95-1365, *State v. Hochhausler,* Warren County, Nos. CA93-12-104 and CA93-12-105. Motion granted.

PFEIFER, J., dissents.

**95-2098.** Jefferson Cty. Dept. of Human Serv. v. Communication Workers of Am., Local 4527. *Jefferson County,* No. 93-J-49. On motion for extension of stay pending settlement. Motion granted. Stay extended for thirty days, but no further extensions will be granted.

**95-2401.** Skuratowicz v. Tracy. Board of Tax Appeals, No. 94-H-266. On motion for stay of execution. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95-2639.** Kayser v. Hutman. *Lorain County.* Court of Common Pleas, No. 95CV115361. On motion for stay of execution. Motion denied.

**96-23.** State v. Boeddeker. *Hamilton County,* No. C-950137. On motion for stay of execution. Motion denied.

WRIGHT and COOK, JJ., dissent.